People v Williams
2026 NY Slip Op 03540
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JAQUAN WILLIAMS, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
271 KA 22-01210
Present: Whalen, P.J., Bannister, Montour, Greenwood, And Hannah, JJ.

THOMAS L. PELYCH, HORNELL, FOR DEFENDANT-APPELLANT.
BRIAN P. GREEN, DISTRICT ATTORNEY, ROCHESTER (MERIDETH H. SMITH OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Supreme Court, Monroe County (Victoria M. Argento, J.), rendered May 5, 2022. The judgment convicted defendant upon his plea of guilty of criminal possession of a weapon in the second degree.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a weapon in the second degree (Penal Law § 265.03 [3]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (see People v Correia, 240 AD3d 1440, 1441 [4th Dept 2025], lv denied 44 NY3d 992 [2025]; People v Pluviose, 239 AD3d 1326, 1326 [4th Dept 2025], lv denied 44 NY3d 984 [2025]; see generally People v Thomas, 34 NY3d 545, 559-564 [2019], cert denied 589 US 1302 [2020]; People v Lopez, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses his challenge to the severity of the sentence (see Lopez, 6 NY3d at 256).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court